COUNSELONE, PC
Anthony J. Orshansky (SBN 199364)
Jennifer L. Connor (SBN 241480)
Justin Kachadoorian (SBN 260356)
9301 Wilshire Boulevard, Suite 650
Beverly Hills, CA 90210
Tel:   +1.310.277.9945
Fax:  +1.424.277.3727
anthony@counselonegroup.com
jennifer@counselonegroup.com
justin@counselonegroup.com

Attorneys for Plaintiff
LUIS JUAREZ

MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, Bar No. 259019
kathy.gao@morganlewis.com
Tuyet T. Nguyen Lu, Bar No. 256431
tuyet.nguyen@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:   +1.213.612.2500
Fax:  +1.213.612.2501

Attorneys for Defendants
BIMBO BAKERIES USA, INC. and BIMBO BAKEHOUSE LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS JUAREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIMBO BAKERIES USA, INC.; BIMBO BAKEHOUSE LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:22-cv-01218-JLT-HBK<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL PENDING LITIGATION DATES; [PROPOSED] ORDER** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

Case No. 1:22-cv-01218-JLT-HBK                    JOINT NOTICE OF SETTLEMENT AND
                                                 REQUEST TO VACATE ALL DATES
DB1/ 139610810.1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 160, Plaintiff Luis Juarez ("Plaintiff") and Defendants Bimbo Bakeries USA, Inc. and Bimbo Bakehouse LLC (collectively, "Defendants") (Plaintiff and Defendants collectively, the "Parties"), by and through their counsel of record, have reached an agreement in principle to settle all claims between the Parties following mediation held on June 30, 2023.

The Parties would like to avoid any additional expense while they focus efforts on finalize the settlement. The Parties therefore request that the Court vacate all pending litigation dates, including the initial Case Scheduling Conference set for July 27, 2023, as the Parties work to finalize the settlement. The Parties anticipate filing documents to seek court approval of the settlement after they finalize said documents.

Dated: July 19, 2023

COUNSELONE, PC

By  */s/ Anthony J. Orshansky* (as authorized on 7/19/2023)
Anthony J. Orshansky
Jennifer L. Connor
Justin Kachadoorian
Attorneys for Plaintiff
LUIS JUAREZ

Dated: July 19, 2023

MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Kathy H. Gao*
Kathy H. Gao
Tuyet N. Nguyen Lu
Attorneys for Defendants
BIMBO BAKERIES USA, INC. and
BIMBO BAKEHOUSE LLC

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## [PROPOSED] ORDER

Based on the Parties' Request and good cause having been shown, the Court hereby orders that the following are vacated:

1. The July 27, 2023 Scheduling Conference; and
2. all pending litigation dates.

**IT IS SO ORDERED.**

Dated: _____

HON. JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE