1

2

3

4

5

6

7

8

9

10

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11

12  LUIS JUAREZ, on behalf of himself
    and all others similarly situated,

13                 Plaintiff,

14            vs.

15  BIMBO BAKERIES USA, INC.;
    BIMBO BAKEHOUSE LLC; and
16  DOES 1 through 100, inclusive,

17                 Defendants.

18

19

Case No. 1:22-cv-01218-JLT-HBK

[~~PROPOSED~~] ORDER GRANTING
JOINT STIPULATION TO
REMAND REMOVED ACTION TO
STATE COURT FOR PURPOSES
OF SEEKING SETTLEMENT
APPROVAL ONLY

20

21

22

23

24

25

26

27

28

### [~~PROPOSED~~] ORDER

Before the Court is Plaintiff Luis Juarez ("Plaintiff") and Defendants Bimbo

Bakeries USA, Inc. and Bimbo Bakehouse LLC's (collectively, "Defendants")

(Plaintiff and Defendants collectively, the "Parties") Joint Stipulation to Remand

Removed Action to State Court for Purposes of Seeking Settlement Approval Only.

(Doc. 14.) The Court finds good cause to approve the Joint Stipulation considering:

(1) the fact that the agreed-upon settlement amount is less than $5 million; and

(2) Plaintiff's contention that therefore the jurisdictional minimum required for

subject matter jurisdiction under 28 U.S.C. sections 1332, 1441 or otherwise has not been met. Accordingly, the Joint Stipulation is APPROVED.

If the Superior Court of the State of California for the County of Merced does not approve the settlement as requested by the Parties, a judgment is not entered in the Action in state court, or either Party withdraws from the settlement, the Parties will revert to their respective status as of the date and time immediately prior to the mediation.  In the event of reversion to this Court, either Party may petition this Court to re-open this action.

Pursuant to 28 U.S.C. section 1447(c), this action is hereby REMANDED to the Superior Court of the State of California, County of Merced.

IT IS SO ORDERED.

Dated:   **August 10, 2023**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE